*Miscellaneous Orders.*

No. 275. KILPATRICK *v.* TEXAS & PACIFIC RAILWAY Co.;

No. 276. PARKER *v.* TEXAS & PACIFIC RAILWAY Co.;

No. 119, Misc. EX PARTE KILPATRICK; and

No. 120, Misc. EX PARTE PARKER. In Nos. 275 and 276 the petition for writs of certiorari to the United States Court of Appeals for the Fifth Circuit is denied. In Nos. 119, Misc. and 120, Misc., the motion for leave to file petition for writs of prohibition is denied. *William H. DeParcq* for petitioners. *John M. Scott* and *William H. Timbers* for respondent.

No. ——. EISLER *v.* UNITED STATES. The motion for an extension of time within which to file petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit is denied. MR. JUSTICE FRANKFURTER joins in denying this motion because the Court is without jurisdiction over the person of the petitioner. *David Rein, Abraham J. Isserman* and *Joseph Forer* for petitioner. *Solicitor General Perlman* for the United States.